PJM:USAO#2013R00278

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 21 2013

AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. ELH-13-0255 |
| v. | : |
| SHAREEF DAMONE FED, | : (Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1); Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant. | : |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 3, 2013, in the District of Maryland, the defendant

**SHAREEF DAMONE FED,**

did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

*Rod J. Rosenstein* PJM
_____
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Date: 5-21-13